PER CURIAM. Judgment and order reversed, and new trial granted, with costs to appellant to abide event, unless the plaintiff stipulates to reduce the verdict to $6,000, in which case judgment, as so modified, and order, affirmed, without costs. See, also, 137 App. Div. 934, 121 N. Y. Supp. 1139.

HOUGHTON, J., dissents, voting for a reversal on the ground that the plaintiff should have been compelled to elect whether she would go to the jury under the employer's liability act (Consol. Laws, c. 31), or under her common-law cause of action; there being a question of fact as to superintendence under the liability act, and no liability for the acts of the foreman under the common-law cause of action, because he was a fellow servant.

In re LYTTLE. (Supreme Court, Appellate Division, Second Department. January 31, 1911.) In the matter of the application of John D. Lyttle for payment of award in Re Blackwell's Island Bridge. No opinion. Motion granted, and order directing payment signed.

McCABE, Appellant, v. NEW YORK CENT. & H. R. R. CO., Respondent. (Supreme Court, Appellate Division, Second Department. December 30, 1910.) Action by Felix McCabe against the New York Central & Hudson River Railroad Company. No opinion. Motion for reargument granted, and case set down for Wednesday, January 11, 1911. For former opinion, see 139 App. Div. ,698, 124 N. Y. Supp. 652.

McCARTHY, Respondent, v. INTERNATIONAL RY. CO., Appellant. (Supreme Court. Appellate Division, Fourth Department. January 11, 1911.) Action by Nellie McCarthy against the International Railway Company.

PER CURIAM. Judgment and order reversed, and new trial ordered, with costs to appellant to abide event, unless the plaintiff shall, within 20 days, stipulate to reduce the verdict to the sum of $1,000, as of the date of the rendition thereof, in which event the judgment is modified accordingly, and, as so modified, is, together with the order, affirmed, without costs of this appeal to either party.

SPRING, J., not sitting.

McCORMICK, Respondent, v. THOMPSON, Appellant, et al. (Supreme Court, Appellate Division, Third Department. March 8, 1911.) Action by John McCormick against Jessie M. Thompson and another. No opinion. Judgment and order unanimously affirmed, with costs. See, also, 140 App. Div. 945, 25 N. Y. Supp. 1129.

McCREERY, Appellant, v. HARRAL SOAP CO., Respondent. (Supreme Court, Appellate Division, Second Department. January 13, 1911.) Action by William A. McCreery against the Harral Soap Company. No opinion. Mo-

tion denied, without costs, without prejudice to an application to the Municipal Court to correct the judgment as to the $7.23 in dispute. See, also, 125 N. Y. Supp. 1129.

McCREERY, Appellant, v. HARRAL SOAP CO., Respondent. (Supreme Court, Appellate Division, Second Department. January 27, 1911.) Action by William A. McCreery against the Harral Soap Company. No opinion. Motion for reargument granted, and case set down for Tuesday, March 7, 1911. See, also, supra.

McDONNELL v. ANDREW J. ROBINSON CO. (Supreme Court, Appellate Division, First Department. February 3, 1911.) Appeal from Trial Term, New York County. Action by Thomas McDonnell against the Andrew J. Robinson Company. From a judgment on a verdict for plaintiff, and from an order denying a motion for new trial, defendant appeals. Affirmed. See, also, 121 N. Y. Supp. 47. Edward P. Mowton, for appellant. William J. Carey, for respondent.

PER CURIAM. Judgment and order affirmed, with costs.

CLARKE, J., dissents.

LAUGHLIN, J. The action being at common law, I dissent, and vote for reversal, on the exception to the charge that the employé only assumes the risks which remain after the employer has performed his duty.

McGOVERN, Respondent, v. EXCELSIOR BRICK CO. OF HAVERSTRAW, Appellant. (Supreme Court, Appellate Division, Second Department. January 27, 1911.) Action by James E. McGovern, as administrator, etc., of Bartholomew McGovern, deceased, against the Excelsior Brick Company of Haverstraw.

PER CURIAM. Judgment and order reversed, and new trial granted, costs to abide the event, unless within 20 days plaintiff stipulate to reduce the recovery of damages to the sum of $3,000, in which event the judgment, as modified, and the order, are unanimously affirmed, without costs.

McGRAW, Appellant, v. PRUDENTIAL INS. CO. OF AMERICA, Respondent, et al. (Supreme Court, Appellate Division, Third Department. March 8, 1911.) Action by Catharine McGraw, as administratrix, etc., of Mary Winters, deceased, against the Prudential Insurance Company of America, impleaded with others. No opinion. Order affirmed, with $10 costs and disbursements to the respondent.

McGUIRE & ATWOOD CO., Respondent, v. KROEMER et al., Appellants. (Supreme Court, Appellate Division, Second Department. February 17, 1911.) Action by the McGuire & Atwood Company against Ernst J. Kroemer and Frederick W. Kroemer, copartners, etc.

PER CURIAM. Judgment of the Municipal Court reversed, and new trial ordered, costs to abide the event, on the ground that there is no